UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO C. VILLAMOR,<br><br>         Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, N.A.,<br>et al.<br><br>         Defendants. | Case No. EDCV 12-00404 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendant Bank of America, N.A., are DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 12, 2012

                                          VIRGINIA A. PHILLIPS<br>
                               United States District Judge