JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO C. VILLAMOR,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A.;<br>QUALITY LOAN SERVICE<br>CORP.; AND DOES 1-50,<br>INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 12-00404 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 9, 2012

                                  VIRGINIA A. PHILLIPS
                             United States District Judge